# Exhibit E

```
                                                           Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
 3                     CLARKSBURG DIVISION
 4            ~~~~~~~~~~~~~~~~~~~~
 5    WESTFIELD INSURANCE COMPANY, A/S/O ARCO
 6    ENTERPRISES INC.,
 7
 8              Plaintiff,
 9
10        vs.       Case No.   1:14-cv-00055-IMK
11
12    BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC AND
13    BRIDGESTONE AMERICAS, INC.,
14
15              Defendants.
16            ~~~~~~~~~~~~~~~~~~~~
17               Deposition of
18             GARY A. DERIAN, P.E.
19
                October 30, 2014
20                 10:04 a.m.
21                 Taken at:
              Veritext Legal Solutions
22             41 South High Street
                 Columbus, Ohio
23            Veritext Legal Solutions
                Mid-Atlantic Region
24         1801 Market Street - Suite 1800
                Philadelphia, PA  19103
25
```

Page 2

1  APPEARANCES:
2
3      On behalf of the Plaintiff:
4          Robert A. Stutman Law Office by
5          DAMIEN ZILLAS, Esq.
6          500 Office Center Drive, Suite 301
7          Fort Washington, PA 19034
8          Zillasd@stutmanlaw.com
9          215-283-1177
10         Steele Law Office, by
11         CHUCK STEELE, Esq. (Via telephone)
12         360 Lee Avenue
13         Clarksburg, WV 26301-3742
14         (304) 624-4004
15         Info@wvtrialandinsurancelawyer.com
16
17     On behalf of the Defendant:
18         Johnson Trent West & Taylor by
19         T. CHRISTOPHER TRENT, Esq.
20         919 Milam Street, Suite 1700
21         Houston, TX 77002-5378
22         Ctrent@johnsontrent.com
23         713-860-0525
24
25

Page 3

1  APPEARANCES CONTINUED:
2      On behalf of the Defendant:
3          Bowles Rice, by
4          RONDA L. HARVEY, Esq.
5          600 Quarrier Street
6          Charleston, WV 25301
7          Rharvey@bowlesrice.com
8          (304) 347-1701

Page 4

1           TRANSCRIPT INDEX
2
3  APPEARANCES.............................. 2
4
5  INDEX OF EXHIBITS ................. 5
6
7  EXAMINATION OF GARY A. DERIAN, P.E.
8    By Mr. Trent............................ 7
9
10 REPORTER'S CERTIFICATE.................... 189
11
12 EXHIBIT CUSTODY
13
14 EXHIBITS RETAINED BY REBECCA WILLIAMS, RPR

Page 5

1           INDEX OF EXHIBITS
2  NUMBER        DESCRIPTION           MARKED
3  Exhibit 1  Notice........................ 9
4  Exhibit 2  Inspection Note............... 11
5  Exhibit 3  Notes......................... 12
6  Exhibit 4  Notes......................... 18
7  Exhibit 5  Notes......................... 19
8  Exhibit 6  Report........................ 27
9  Exhibit 7  List.......................... 29
10 Exhibit 8  Photograph.................... 30
11 Exhibit 9  Photograph.................... 31

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 134

1  records or not?
2    A.  I don't think I did.
3    Q.  Did you attempt to determine
4  whether the truck has any kind of ECM or other
5  computer modules that records its feed at
6  various times?
7    A.  I don't know what the ECM stores in
8  this truck.
9    Q.  Have you seen any ECM data?
10   A.  Not from this truck, from Truck 28.
11   Q.  Did you review any ECM data from
12 another truck?
13   A.  I have reviewed ECM data from
14 trucks in other cases, but I have not done so
15 in this case.
16   Q.  Have you ever conducted testing on
17 a large truck with a failed front tire to
18 evaluate the drag coefficient?
19   A.  I have not done that testing, no.
20   Q.  All right.  In this case, have you
21 quantified any type of drag as a result of the
22 failed tire?
23   A.  I have not quantified it.  I only
24 -- I only know what the driver testified to.
25   Q.  Have you ever tested a large truck

Page 135

1  with a failed front tire to evaluate the
2  steering capability of that truck?
3    A.  No.
4    Q.  Are you able to quantify any change
5  in the steering characteristics of the subject
6  truck following the left front tire
7  disablement?
8    A.  I'm not able to quantify that, but
9  I did discuss it qualitatively in my report.
10   Q.  How many steering inputs did
11 Mr. Pfeifer impart following what he heard with
12 the left front tire?
13   A.  What do you mean by a steering
14 input?  Do you mean a reversal of input torque?
15 Is that an input?  I mean, I don't know what
16 five inputs would be or two inputs.  I don't
17 know what you mean.
18   Q.  Each time that he would change
19 direction would be a different input?  Does
20 that make sense to you, in terms of his hands
21 on his steering wheel?
22   A.  Well, my understanding is that he
23 tried to keep it on the highway and couldn't,
24 so, in that sense, he had a single steering
25 input.

Page 136

1    Q.  Trying to go straight?
2    A.  Trying to go straight, and, in
3  fact, you know, when I noticed a mistake in my
4  report.
5    Q.  There's more than one in that
6  section --
7    MR. ZILLAS:  Objection.
8    Q.  You'll agree with me there, right?
9  In that section, there's more than one mistake?
10   A.  I don't know.
11   MR. ZILLAS:  Objection.
12   Q.  Well, we can go through it.  Let's
13 do that now.  Why not.
14   A.  But I did say in the second
15 paragraph, on Page 3, a flat left front tire
16 creates a significant drag to the right and
17 that's not right.
18   Q.  That's flat wrong?
19   A.  Right.  I just, you know -- I don't
20 know.  Must have been a late night or
21 something.
22   Q.  It's also wrong that the drag is
23 caused by the braking force on the right side
24 of the truck?
25   A.  Right; it's the left side truck.

Page 137

1    Q.  It's also wrong that additionally,
2  by applying a torque to the steering system
3  that turns both front wheels to the right?
4    A.  Correct.  That all should be to the
5  left.
6    Q.  Okay.
7    A.  It's all really the same mistake,
8  but, yeah, so just to clear that up.
9    MR. ZILLAS:  Left front?
10   THE WITNESS:  Correct.  It was the
11 left front steer veered to the left, and he
12 couldn't keep -- he couldn't steer it to the
13 right to keep it on the road, so it veered
14 left.
15   Q.  Have you seen pictures of the
16 accident scene?
17   A.  Yes.
18   Q.  Are there tire marks on the road?
19   A.  I don't believe the pictures
20 included tire marks on the road.  I don't
21 recall seeing those.
22   Q.  Have you been to the scene?
23   A.  No.
24   Q.  Did Mr. Pfeifer apply his brakes?
25   A.  I don't recall.  I don't recall

35 (Pages 134 - 137)

| | |
|---|---|
| Page 138 | Page 140 |
| 1  what he said specifically. Maybe -- I don't | 1  travel, that is the first paved surface? |
| 2  think he said. I don't recall if he was asked. | 2      A.   I don't have any proof, no. |
| 3  It's not in my notes. | 3      Q.   All right. And you haven't seen |
| 4      Q.   Okay. Did you see any evidence | 4  the wheel? |
| 5  that the subject tire lost air in the | 5      A.   No. |
| 6  northbound travel lanes of the freeway? | 6      Q.   What happened to the wheel; do you |
| 7      A.   Only the evidence that, on the tire | 7  know? |
| 8  itself, I could tell it had been run flat and | 8      A.   No. |
| 9  damaged from running flat. I can't tell from | 9      Q.   Did you ask your client? |
| 10 looking at the tire where that happened. I | 10     A.   It must have come up. I don't |
| 11 think it's reasonable that it lost its air in | 11 remember what happened to the wheel. I don't |
| 12 the northbound lane, which caused the drag to | 12 believe it exists, otherwise, I'm sure I would |
| 13 the left and made him lose control. | 13 have it. |
| 14     Q.   Do you think he would have not lost | 14     Q.   You gave my client a wheel that you |
| 15 control if the tire had not lost air? | 15 said went with this tire? |
| 16     A.   Yes. | 16     A.   I did, and that was a mistake on my |
| 17     Q.   You would agree? | 17 part. It was a wheel from -- it was not even |
| 18     A.   I would agree if the tire holds | 18 the right size wheel I gave him. |
| 19 air, it's much easier to control because | 19     Q.   It was a multi-piece wheel? |
| 20 there's a lot less of that drag force. | 20     A.   No. It was a 24 and a half-inch |
| 21     Q.   If -- even if the tread and some of | 21 single-piece wheel I gave him. |
| 22 the steel belts had detached partially from the | 22     Q.   You gave my client a wheel from |
| 23 vehicle, it's your opinion he should have | 23 another lawsuit? |
| 24 maintained control? | 24     A.   Yes. And then he gave it back to |
| 25     A.   Well, we would have to talk about a | 25 me, which was -- |
| Page 139 | Page 141 |
| 1  specific case, okay, a specific crash. I think | 1      Q.   Did you think that wheel was |
| 2  it's easier to control. I mean, there's some | 2  supposed to go with this lawsuit for some |
| 3  drag to the left, but I believe it is much | 3  reason? |
| 4  easier to control. It is much easier to | 4      A.   When they came to pick up the tire, |
| 5  control if the tire does not lose air. | 5  I mistakenly included that wheel. |
| 6          I mean, if this -- if only the | 6      Q.   So you don't have the wheel and you |
| 7  third and fourth belt had detached, then the | 7  don't have any physical evidence that the tire |
| 8  first and second had stayed on, the tire would | 8  lost air in the northbound travel lanes, |
| 9  have held air and it may not have been such a | 9  correct? |
| 10 severe crash. I mean, yeah. | 10     A.   Well, I don't have any photos of |
| 11     Q.   Well, in terms of this accident, | 11 the lanes to say, "Oh, look, I can see marks |
| 12 though, did Mr. Pfeifer go from a paved surface | 12 here where the tire lost air." I don't have |
| 13 through a median to another paved surface and | 13 those. |
| 14 then have the crash; is that your | 14     Q.   Because it could have lost air as |
| 15 understanding? | 15 the truck went through the median and came out |
| 16     A.   Well, the whole thing was the | 16 of the median, true? |
| 17 crash, right? I mean, he went through the | 17     A.   You know, it's possible. Looking |
| 18 guardrail and down the hill and hit a tree. | 18 at the way the tire failed and having -- having |
| 19     Q.   So is that your understanding, | 19 failed first between the carcass and the first |
| 20 though, he was on a paved surface, then | 20 belt. In other words, the failure point |
| 21 traveled through a median, then another paved | 21 exposed the carcass ply early in the sequence. |
| 22 surface? | 22 It didn't tear down to the carcass ply. It |
| 23     A.   Yes. | 23 teared up from the carcass ply. I think it's |
| 24     Q.   So do you have any proof that the | 24 very likely that it did lose air while |
| 25 tire lost air in the northbound lanes of | 25 Mr. Pfeifer was in the northbound lane, but I |